# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D21-2986
LT Case No. 2014-101879-CFDL

_____

JONTRELL V. JACKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
James R. Clayton, Judge.

Jontrell V. Jackson, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

October 3, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____